936

No. 1377, Misc. DI NIRO *v.* MANCUSI, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 1378, Misc. COLE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold, Acting Assistant Attorney General Kossack, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 1379, Misc. AMARO *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 1382, Misc. LOCKHART *v.* HENDRICK, COUNTY PRISONS SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 1383, Misc. IYOTTE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Solicitor General Griswold, Acting Assistant Attorney General Kossack, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States.

No. 1388, Misc. BROOKMAN *v.* VIRGINIA. C. A. 4th Cir. Certiorari denied.

No. 1389, Misc. FREEMAN *v.* FRYE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 1392, Misc. ROSS *v.* MICHIGAN. Sup. Ct. Mich. Certiorari denied. *Frank J. Kelley,* Attorney General of Michigan, *Robert A. Derengoski,* Solicitor General, and *Stewart H. Freeman,* Assistant Attorney General, for respondent.

No. 1409, Misc. GOMEZ *v.* BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied. *Maury Maverick, Jr.,* for petitioner.